# Court of Appeals
# of the State of Georgia

ATLANTA, _July 23, 2021_

*The Court of Appeals hereby passes the following order:*

**A22A0005, A22A0006. STANLEY NATHANIEL ELLIOTT v. THE STATE; and vice versa.**

Stanley Nathaniel Elliott was arrested on charges of felony murder, aggravated assault, and possession of a firearm during the commission of a felony. In March 2021, the trial court granted Elliott's request for bond, but imposed certain bond conditions. On May 12, 2021, the trial court denied Elliott's motion to modify the conditions of his bond. In Case No. A22A0005, Elliott appeals from the trial court's order of May 12. In Case No. A22A0006, the State cross-appeals.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

Accordingly, these appeals are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/23/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*